UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: Chapter 7

DAVID RUSI, Case No.: 23-40150-jmm

Debtor.
-------------------------------------------------------X
DAVID J. DOYAGA, SR., Solely as Chapter 7 Trustee of the Estate of DAVID RUSI, Adv. Pro. No.: 24-01115-jmm

Plaintiff,

-against-

SELIM RUSI and ILIRJAN RUSI, in his Capacity as Trustee of the David Rusi 2011 Irrevocable Trust,

Defendants.
-------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF SUFFOLK )

**EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

On the 2nd day of January, 2025 deponent served the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with EXHIBIT attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by First Class Mail to:

See attached service list

s/Everlyn Meade-Bramble
Everlyn Meade-Bramble

Sworn to before me this
2nd day of January, 2025

s/ Nico G. Pizzo
NICO G. PIZZO
Notary Public State of New York
Qualified in Suffolk County
No. 02PI6384544
Commission Expires December 17, 2026

**Service List**

Selim Rusi
177 Benedict Road
Staten Island, NY 10304-1205

Ilirjan Rusi
in his capacity as trustee of the
David Rusi 2011 Irrevocable Trust
72 Cromwell Circle
Staten Island, NY 10304-1102

Office of the United States Trustee
Alexander Hamilton Custom House
1 Bowling Green, Room 510
New York, NY 10004-1415