UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                          Chapter 7

     DAVID RUSI,                                               Case No.: 23-40150-jmm

                                  Debtor.
----------------------------------------------------------X
DAVID J. DOYAGA, SR., Solely as                        Adv. Pro. No.: 24-1115-jmm
Chapter 7 Trustee of the Estate of
DAVID RUSI,

                        Plaintiff,

         -against-

SELIM RUSI and ILIRJAN RUSI, in his
Capacity as Trustee of the
David Rusi 2011 Irrevocable Trust

                       Defendants.
----------------------------------------------------------X

## SECOND AMENDED SCHEDULING ORDER

**WHEREAS**, on March 5, 2025 the Court entered a Scheduling Order **[ECF No. 6] (JMM)** setting May 23, 2024 as the deadline to complete fact and expert discovery; and

**WHEREAS**, by First Amended Scheduling Order entered on May 2, 2025 **[ECF No. 7] (JMM)**, the deadline to complete fact and expert discovery was extended to August 8, 2025; and

**WHEREAS**, on July 24, 2025, the Court held a pretrial conference regarding the above-captioned adversary proceeding; and

**WHEREAS**, Deborah Dobbin, Esq. appeared on behalf of the Plaintiff and John Macron, Esq. appeared on behalf of the Defendants (collectively, the "Parties") and

**WHEREAS**, the Parties have agreed to further extend the deadline to complete fact and expert discovery from August 8, 2025 to September 19, 2025.

**NOW, THEREFORE, it is hereby**

**ORDERED**, that fact and expert discovery shall be completed on or before **September 19, 2025**; and it is further

**ORDERED**, that the deadline set forth herein may be extended by further order of the Court; and it is further

**ORDERED**, that the Court shall hold a continued pretrial conference on **September 25, 2025 at 11:30 a.m.**  The continued pretrial conference shall not be held in person but shall be held telephonically or by video. Those intending to appear at the continued pretrial conference must register with eCourt Appearances no later than two days prior to the continued pretrial conference. The phone number or video link for the continued pretrial conference will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

Dated: July 25, 2025
        Brooklyn, New York



Jil Mazer-Marino
United States Bankruptcy Judge